No. 64856.—Justin Tharaud & Son, Inc., and J. J. Murphy & Co. *v.* United States, protests 285528–K, etc. (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of Rockingham earthenware similar in all material respects to that the subject of *Justin Tharaud & Son, Inc., et al.* v. *United States* (44 Cust. Ct. 216, C.D. 2177), the claim of the plaintiffs was sustained.

No. 64857.—Reliance Merchandise Co., Inc. *v.* United States, protest 59/33417 (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiff was sustained.

No. 64858.—J. M. Sutton Sons & Co. *v.* United States, protest 60/3836(C) (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise consists of wall plaques similar in all material respects to those the subject of *Ross Products, Inc.* v. *United States* (43 Cust. Ct. 74, C.D. 2106), the claim of the plaintiff was sustained.

No. 64859.—The Borregaard Co., Inc., and F. L. Kraemer & Co. *v.* United States, protests 58/12371, 58/19029, and 58/13346 (New York).

Opinion by JOHNSON, J.  In accordance with stipulation of counsel that the merchandise, facts, and issues are the same in all material respects as those the subject of *R. J. Saunders & Co., Inc.* v. *United States* (37 Cust. Ct. 267, C.D. 1834), the collector was directed to reliquidate the entries, assessing duty upon the basis of the unit appraised value per conditioned pound or kilo, multiplied by the total number of conditioned pounds or kilos, as set forth in the invoices.

No. 64860.—D. Stanley Corcoran, Inc. *v.* United States, protests 58/19748, 59/20335, and 59/7139 (New York).